■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD MOTT, Appellant, v CHARLES JAMES, as Superintendent of Collins Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Hawkins v Coughlin,* 72 NY2d 158; *People ex rel. Knox v Kelly,* 126 AD2d 318, *appeal dismissed* 70 NY2d 870). (Appeal from Judgment of Supreme Court, Erie County, Wolf, J.—Habeas Corpus.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.